UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

IN RE:

Jennifer Sue Poynter

CASE NO: 25-04101-JMC-13

Debtor

**NOTICE OF CONFIRMATION**

      On 09/04/2025, the Court entered the Order Confirming Plan in the Chapter 13 case listed above.

/s/ John M. Hauber
John M. Hauber, Trustee
320 N. Meridian St.
Suite 200
Indianapolis, IN  46204
(317)636-1062

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

IN RE:

Jennifer Sue Poynter

CASE NO: 25-04101-JMC-13

Debtor

## CERTIFICATE OF SERVICE

    I hereby certify that on 09/05/2025, a copy of the foregoing Notice of Confirmation will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

    GERACI LAW LLC   inn@geracilaw.com

    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

    I further certify that on 09/05/2025, a copy of the foregoing Notice of Entry of Confirmation was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

/s/ John M. Hauber
John M. Hauber, Trustee
320 N. Meridian St.
Suite 200
Indianapolis, IN  46204
(317)636-1062

Jennifer Sue Poynter
17689 Village Brooke Drive E #A
Noblesville, IN  46062

Anthony David Shull
Geraci Law L.L.C.
55 East Monroe St. Suite &#35;3400
Chicago, IL  60603

Baldwin Perry & Wiley P.C.
Bankruptcy Dept
150 N. Main St
Franklin, IN  46131

Cbna
Attn: Bankruptcy Dept.
PO BOX 6497
SIOUX FALLS, SD  57117

Chase Poynter
500 Woodland Dr Apt 188
New Orleans, LA  70131

Citicards Cbna
Attn: Bankruptcy Dept.
PO BOX 6241
SIOUX FALLS, SD  57117

Discoverc
Attn: Bankruptcy Dept.
PO BOX 30939
Acct ending in -6747
SALT LAKE CITY, UT  84130

Discoverc
Attn: Bankruptcy Dept.
PO BOX 30939
Acct ending in -5635
SALT LAKE CITY, UT  84130

Equifax
Attn: Bankruptcy Dept.
1550 Peachtree St. Ne
Atlanta, GA  30309

Experian
Attn: Bankruptcy Dept.
Po Box 2002
Allen, TX  75013

Indiana Department of Revenue
Bankruptcy Section
100 N Senate Ave
N-240 MS 108
Indianapolis, IN  46204

IRS Non-Priority
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101

IRS Priority Debt
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101

Jennifer Sue Poynter
17689 Village Brooke Dr E
Apt A
Noblesville, IN  46062

John Morgan Hauber
Office of John M. Hauber, Chapter 13
Tru
320 N. Meridian St., Ste. 200
Indianapolis, IN  46204

Jpmcb Card
Attn: Bankruptcy Dept.
PO BOX 15369
WILMINGTON, DE  19850

Meghan Chamberlin, LMHC
Bankruptcy Dept
9135 N Meridian St Ste A4
Indianapolis, IN  46260

Navy Federal Cr Union
Attn: Bankruptcy Dept.
PO BOX 3700
MERRIFIELD, VA  22119

Navy Federal Cr Union
Attn: Bankruptcy Dept.
PO BOX 3700
Acct ending in -8381
MERRIFIELD, VA  22119

Navy Federal Cr Union
Attn: Bankruptcy Dept.
PO BOX 3700
Acct ending in -0045
MERRIFIELD, VA  22119

Navy Federal Credit Union
Attn: Bankruptcy Dept.
PO BOX 3700
MERRIFIELD, VA  22119

New Pebble Brook, LLC
Birge & Held Asset Management
8902 N Meridian St Ste 205
Indianapolis, IN  46260

Riverview Health
Bankruptcy Dept
PO Box 220
Acct &#35; 103829847
Noblesville, IN  46061

Td Bank Usa/Targetcred
Attn: Bankruptcy Dept.
PO BOX 673
MINNEAPOLIS, MN  55440

Transunion
Attn: Bankruptcy Dept.
Po Box 1000
Chester, PA  19022

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN  46204